# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| STEVEN BRIAN DAVIS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) CIVIL ACTION 19-0390-CG-MU-C |
| | ) |
| BP EXPLORATION & PRODUCTION INC., et al., | ) |
| | ) |
| Defendant. | ) |

## ORDER

The parties having filed a Stipulation of Dismissal with Prejudice on January 6, 2020 (Doc. 19), it is **ORDERED** that all claims in this action are hereby **DISMISSED with prejudice**. Each party shall bear his, or its own costs.

**DONE and ORDERED** this 13th day of January, 2020.

/s/ Callie V. S. Granade
SENIOR UNITED STATES DISTRICT JUDGE